USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY TUCKER,

                Plaintiff,

       - against -

ENTIRELYPETS PHARMACY, LLC,

                Defendant.
------------------------------------------------------------X

21-CV-1914 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case was filed on March 4, 2021. (Dkt. 1.) The summons was issued on March 5, 2021. (Dkt. 5.) 90 days have passed and no proof of service has been filed on the docket. No request for an extension was made. Accordingly, Plaintiff shall update the Court on the status of this case by July 9, 2021.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1